# Court of Appeals
# of the State of Georgia

ATLANTA,  April 21, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0962. COHEN v. SMHA HEALTHCARE, INC. et al.

The Appellant has filed an unopposed Motion to Withdraw this appeal, which is hereby GRANTED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/21/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.